# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| NORTHSTAR SYSTEMS LLC, | § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION NO. 2:22-CV-00183-JRG |
| PANASONIC CORPORATION, PANASONIC CORPORATION OF NORTH AMERICA, INC, | § § § § | (LEAD CASE) |
| *Defendants*. | § | |
| v. | § § | CIVIL ACTION NO. 2:22-CV-00153-JRG (MEMBER CASE) |
| WALGREEN CO. D/B/A/ WALGREENS, | § § | |
| *Defendant*. | § § § | |

## ORDER

Before the Court are the Joint Motion to Dismiss (the "Motion") filed by Plaintiff NorthStar Systems LLC ("Plaintiff") and Defendants Panasonic Corporation and Panasonic Corporation of North America, Inc. (collectively, "Panasonic") (Dkt. No. 15) and the Notice of Dismissal with Prejudice (the "Notice") filed by Plaintiff. (Dkt. No. 16.) In the Motion, Plaintiff and Panasonic inform the Court that they have settled their respective claims and request that the Court dismiss with prejudice all claims asserted against Panasonic by Plaintiff. (Dkt. No. 15 at 1.) In the Notice, Plaintiff notifies the Court that the above-captioned case against Defendant Walgreen Co. D/B/A/ Walgreens ("Walgreens") is dismissed with prejudice. (Dkt. No. 16 at 1.)

Having considered the Motion, and in light of its joint nature, the Court finds that it should be and hereby is **GRANTED**. Accordingly, the Court **ORDERS** that all claims and causes of

action asserted by and between Plaintiff and Panasonic in above-captioned action are **DISMISSED WITH PREJUDICE**. Also, having considered the Notice, the Court **ACCEPTS AND ACKNOWLEDGES** that Plaintiff has voluntarily **DISMISSED WITH PREJUDICE** the above-captioned action against Walgreens. Each party is to bear its own costs, expenses, and attorneys' fees. All pending requests for relief in the above-captioned cases not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** the above-captioned cases as no parties or claims remain.

**So ORDERED and SIGNED this 21st day of September, 2022.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE